The People of the State of New York, Respondent, v. Thomas Foxis, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Louis Solomon, Respondent, v. Manhattan and Queens Traction Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Joseph Sabatino, Respondent, v. Manhattan Bridge Three Cent Line, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Henry Lesser, as Trustee in Bankruptcy of Samuel Weiss, Respondent, v. New York Title Insurance Company and Another, Impleaded with Eastman Machine Company, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Raffaele Ruocco, Respondent, v. Joseph Gallick Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

George S. Wilcox, Appellant, v. Home Life Insurance Company, Respondent.— Judgment affirmed, with costs, on *Stern* v. *Metropolitan Life Ins. Co.* (169 App. Div. 217). Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Grover C. Meyer, an Infant, etc., Respondent, v. Naughton-Mulgrew Motor Car Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Oceanic Investing Company, Respondent, v. The Twenty-eighth Street and Seventh Avenue Realty Company and Others, Impleaded with Rudolph A. Rodel, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and and Smith, JJ.

William W. McLaughlin, Respondent, v. Albert I. Sire, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

In the Matter of the Application for the Appointment of a General Guardian of the Estate of Vincent K. Hilton, an Infant over Fourteen Years of Age. Vincent K. Hilton, Petitioner, Appellant; Bankers Trust Company, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.